UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWIN M. BRIONES,

          Petitioner,

    v.

STATE OF WASHINGTON,

          Respondent.

Case No. C08-5059 BHS/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the report and recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* is DENIED;

(3) Petitioner shall pay the required filing fee ($5.00) to the Clerk of the Court within thirty (30) days of the date of this Order and shall amend his Petition to correctly name his custodian and the Attorney General of Washington as Respondents, otherwise this action will be dismissed; and

(4) the Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

DATED this 1st day of April, 2008.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER