THE HONORABLE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EDWIN M. BRIONES,<br><br>          Petitioner,<br><br>    v.<br><br>TIMOTHY WENGLER,<br><br>          Respondent. | NO. C08-5059 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to June 16, 2008 to file an answer to the petition for a writ of habeas corpus is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 29th day of May, 2008.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ROBERT M. MCKENNA
Attorney General

/s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General