UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWIN M. BRIONES,

    Petitioner,

v.

TIMOTHY WENGLER,

    Respondent.

Case No. C08-5059BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 21). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's petition is **DENIED** and this action is **DISMISSED**.

DATED this 2nd day of September, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER