# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWIN M. BRIONES,

       v.

TIMOTHY WENGLER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5059BHS

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's petition is **DENIED** and this action is **DISMISSED**.

| | |
|---|---|
|   September 3, 2008   |     BRUCE RIFKIN     |
| Date | Clerk |
| | |
| |     *s/CM. Gonzalez*     |
| | Deputy Clerk |